RANDAL D. MACKIE ET AL. *v.*
RICHARD A. HULL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 69 Conn. App. 538 (AC 21615), is denied.

*Jonathan J. Meter,* in support of the petition.

*Gerald L. Garlick,* in opposition.

Decided September 5, 2002

---

BOARD OF EDUCATION OF THE TOWN AND
BOROUGH OF NAUGATUCK *v.* TOWN AND
BOROUGH OF NAUGATUCK ET AL.

The petition by the defendant town and borough of Naugatuck for certification for appeal from the Appellate Court, 70 Conn. App. 358 (AC 18902), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the budget amendment of the defendant town and borough of Naugatuck was invalid?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16825.

*N. Warren Hess III,* in support of the petition.

*Mark J. Sommaruga,* in opposition.

Decided September 5, 2002